[No. 1148-1.   Division One—Panel 2.   October 30, 1972.]

DOREEN H. TEXMO, *Respondent*, v. SIG HJALTALIN *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 44054, Boone Hardin, J., entered July 30, 1970. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and James, J.

[No. 1186-1.   Division One—Panel 2.   October 30, 1972.]

KAREN JEANNE COLE, *Appellant*, v. GEORGE WEIGERT *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 708789, Nancy A. Holman, J., entered August 4, 1970. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, A.C.J., and Swanson, J.

[No. 1347-1.   Division One—Panel 2.   October 30, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEWIS RIALS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57441, William J. Wilkins, J., entered November 23, 1971. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and James, J.

[No. 1198-1.   Division One—Panel 2.   October 30, 1972.]

PAUL LARGY *et al.*, *Plaintiffs*, v. GEORGE SENN *et al.*, *Appellants*, DONALD ALEX CARSCADDEN, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 716448, Warren Chan, J., entered May 26, 1971 and June 24, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by James and Swanson, JJ.